# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Smail Yaakoubi,<br><br>                Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>                Defendants. | NO. CV-14-01808-PHX-NVW<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 9, 2015, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

December 10, 2015

                                        s/ Linda Patton
                                 By   Deputy Clerk